# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**THOMAS PATRICK DUGAN, et al,**

    **Plaintiff,**

    v.

**CITY OF COLUMBUS, OHIO, et al.,**

    **Defendants.**

Case No. 15-cv-2698
Judge Gregory L. Frost

## ORDER

Plaintiffs' Motion for Summary Judgment (ECF No. 23) shall come on for a non-oral hearing on January 27, 2016 at 8:00 a.m.

**IT IS SO ORDERED.**

    /s/ Gregory L. Frost
    Gregory L. Frost
    United States District Judge